UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

CHAPTER 13 PLAN

IN RE: EDWARD AND CHRISTINE HOPKINS   Case No.04-11937

1.  The future earnings of the debtor are submitted to the supervision and control of the court and the debtor (or debtor's employer) shall pay to the trustee the sum of $902.00 per month, for the 60 month plan.*

2.  From the payment so received, after deduction of allowed Trustee's commission, the trustee shall make disbursements as follows:

    a. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C Section 507.

        (1) Debtor's Counsel Fees: $   1,700.00
        (2) Priority Taxes:

        State of Delaware              1.00

    b. Pro Rata with to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

    (1) Long term or mortgage debt -ARREARS only to be paid by the Trustee to WSFS for the first mortgage in the amount of $25,000.00. Regular monthly mortgage payments will be paid directly by debtor.

    ARREARS only to be paid by the Trustee to WSFS for the second mortgage in the amount of $7,000.00. Regular monthly mortgage payments will be paid directly by debtor.

    (2) Secured debt

    (3) Other secured debt(s) to be treated as follows:

    C. Subsequent to dividends to secured creditors, dividends to unsecured creditors whose claims are duly proved and allowed as follows:

General unsecured creditors will be paid 100% their

    allowed claim on a pro rata basis.

3. The following leases or executory contracts of the debtor will be treated as follows:

4. Title to the debtor's property shall revest in the debtor on confirmation of the plan.

5. A proof of claim must be filed in order to share in distributions under the plan. Proofs of claim in duplicate shall be delivered or mailed to Clerk of Court, Wilmington, Delaware 19801.

Dated: July 14, 2004    /s/ EDWARD HOPKINS
                              Debtor's Signature

                              /S/ CHRISTINE HOPKINS
                              Joint Debtor's Signature


/S/ VIVIAN A HOUGHTON
Attorney for Debtor(s)


\* Should this plan provide for liquidation, the Debtor (s) must Submit a deposit of $300.00 to the Trustee. The liquidation must take place within six (6) months of confirmation of the plan.