# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EDWARD AND CHRISTINE HOPKINS ) | Case No. 04-11937 |
| ) | CHAPTER 13 |
| Debtors ) | |

## OBJECTION TO PROOF OF CLAIM NUMBER 2 FILED BY WILMINGTON SAVINGS FUND SOCIETY

COMES NOW, Edward and Christine Hopkins (hereafter "Debtors") by and through their undersigned counsel, Vivian A. Houghton, Esquire, and objects to the Proof of Claim Number - 2 filed by Wilmington Savings Fund Society (hereafter "Creditor") based on the following reasons:

1. Debtors filed a Chapter 13 Petition in the United States Bankruptcy Court For the District of Delaware on July 7, 2004.

2. Creditor filed a secured proof of claim for arrears on July 13, 2004 in the amount of ten thousand eight hundred three dollars and twenty two cents ($10,803.22) of which four thousand four hundred and eighty eight dollars and seventy five cents ($4,488.75) is for fees and expenses.

3. Debtor objects to the fees and expenses filed by the Creditor. The attorney fees listed in the default judgment are one thousand nine hundred dollars ($1,900.00).

4. Said claim is inaccurate.

WHEREFORE, Debtors request that this honorable Court amend the Proof of Claim Number 2 filed by the Creditor, Wilmington Savings Fund Society be amended to list the arrears owed as eight thousand two hundred fourteen dollars and forty seven cents ($8,214.47).

|  |  |
|---|---|
| | /s/ VIVIAN A HOUGHTON ESQUIRE |
| DATED:  September 21, 2004 | VIVIAN A HOUGHTON ESQUIRE |
| | 800 West St., 2nd floor |
| | Wilmington DE  19801 |
| | (302)658-0518 |
| | ATTORNEY FOR DEBTORS |