# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Edward Hopkins  
3 Harding Avenue  
Wilmington, DE 19804  
**SSN:** xxx–xx–6518

**Chapter:** 13

**Case No.:** 04–11937–JKF

Christine Hopkins  
3 Harding Avenue  
Wilmington, DE 19804  
**SSN:** xxx–xx–5291

### NOTICE OF DISMISSAL

YOU ARE HEREBY NOTIFIED that the debtor(s) chapter 13 petition was dismissed on 4/17/06 .

David D. Bird, Clerk

Dated: 4/21/06

(VAN–012)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0311-1           User: Teresa                Page 1 of 2              Date Rcvd: Apr 21, 2006
Case: 04-11937                 Form ID: van012             Total Served: 37

The following entities were served by first class mail on Apr 23, 2006.
db          +Christine Hopkins,   3 Harding Avenue,    Wilmington, DE 19804-3301
db          +Edward Hopkins,   3 Harding Avenue,    Wilmington, DE 19804-3301
1368542     +A-1 Collections Service,   Re: Brandywine Medical Services,    80 West Upper Ferry Road,
              West Trenton, NJ 08628-2736
1368545     +Anna Marie Mazocl,   2601 Annand Drive Suite 18,    Wilmington, DE 19808-3719
1368546      Artisans Sav,   PO Box 908,    Wilmington, DE 19899-0908
1368547     +Bami,   Re: Comm Newspaper SVC.,    1407 Foulk Rd Suite 203,    Wilmington, DE 19803-2754
1368548     +Bank Of America,   1825 E Buckeye Rd,    Phoenix, AZ 85034-4216
1371104      Bank of America, NA (USA),    PO Box 2278,    Norfolk, VA 23501-2278
1368549     +Bordel & Associates Inc.,   Re: Movies Etc.,    7454 Lancaster Pike # 30,
              Hockessin, DE 19707-9265
1368550     +Cap Crt Wilm,   Re: Artesian Water,    3415 Wrangle Hill Pob 667,    Bear, DE 19701-4812
1368552     +Cap Crt Wilm,   Re; Artesians Water,    3415 Wrangle Hill Pob 667,    Bear, DE 19701-4812
1368551     +Cap Crt Wilm,   Re: Shoprite,    3415 Wrangle Hill Pob 667,    Bear, DE 19701-4812
1368553     +Capitol Cred,   Re: City of Rehoboth Beach,    Po Box 496,    Dover, DE 19903-0496
1368554     +Card Service,   4000 Coral Ridge D Ms 184,    Coral Springs, FL 33065-7614
1368672     +Department of Labor,   Attn: Francis Fitzpatrick,    P.O. Box 9953,   Wilmington, DE 19809-0953
1368673      Ellen Slights, Assistant US Attorney,    P.O. Box 2046,    Wilmington, DE 19899-2046
1368556     +I C System,   Re: Bell Atlantic,    Po Box 64378,    Saint Paul, MN 55164-0378
1368557     +Limestone Medical Center,   1941 Limestone Road,    Wilmington, DE 19808-5400
1368558     +NCO,   Re: Columbia House,    PO Box 4147, Dept 99,    Philadelphia, PA 19144-0147
1368559     +NCS,   Re: Concord Music,    11 East 26th Street, Floor 10,    New York, NY 10010-1402
1368670     +New Castle County/Law,   87 Reads Way,    New Castle, DE 19720-1648
1368560     +North American Coll Ag,   Re: Comcast,    Po Box 827,    Edgemont, PA 19028-0827
1368561     +North American Coll Agent,   Re: Comcast,    Po Box 827,    Edgemont, PA 19028-0827
1430459     +Northeast Verizon Wireless,    AFNI / Verizon Wireless,    404 Brock Drive,
              Bloomington, IL 61701-2654
1368562     +Platinum Financial,   Two Irving Center,    702 King Farm Blvd,    Rockville, MD 20850-5774
1368563     +Sa-vit Enterprises,   Re: Delaware Ophthalmology Cons,    Po Box 250,
              East Brunswick, NJ 08816-0250
1368565      State of Delaware,   PO Box 830,    Wilmington, DE 19899-0830
1368671     +State of Delaware,    Division of Revenue,    820 N. French Street, 8th Floor,
              Wilmington, DE 19801-3509
1368566     +Transworld System,   Re: Concord Music Co, Inc.,    460 Norristown Road, Suite 100,
              Blue Bell, PA 19422-2323
1368675     +Vivian A. Houghton, Esquire,    800 West Street,    Wilmington, DE 19801-1526
1368569     +WSFS,   838 North Market Street,    Wilmington, DE 19801-4903
1368568      Wfnnb/vctria,   Victoria's Secret,    Columbus, OH 43218
The following entities were served by electronic transmission on Apr 21, 2006 and receipt of the transmission
was confirmed on:
1371711     +E-mail: mrdiscen@discoverfinancial.com Apr 21 2006 20:17:21     Discover Bank,
              Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026-8003
1368555     +E-mail: mrdiscen@discoverfinancial.com Apr 21 2006 20:17:21     Discover Fin,   Po Box 15316,
              Wilmington, DE 19850-5316
1440141     +E-mail: ebn@phinsolutions.com Apr 21 2006 20:16:38     RJM Acquisitions Funding LLC / Fingerhut,
              575 Underhill Blvd.,    Ste 224,    Syosset, NY 11791-3416
1368564     +E-mail: Danag@simmassociates.com Apr 21 2006 20:16:35      Simm Associates,
              Re: Enterprise Rental Car,    PO Box 7526,    Newark, DE 19714-7526
1368567     +E-mail: bankruptcyverizonwireless@afninet.com Apr 21 2006 20:16:38      Verizon Wireless,
              250 James St,    Morristown, NJ 07960-6410
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1368543*    +A-1 Collections Service,   Re: Brandywine Medical Services,    80 West Upper Ferry Road,
              West Trenton, NJ 08628-2736
1368544*    +A-1 Collections Service,   Re: Brandywine Medical Services,    80 West Upper Ferry Road,
              West Trenton, NJ 08628-2736
1368570*    +WSFS,   838 North Market Street,    Wilmington, DE 19801-4903
                                                                                     TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0311-1           User: Teresa              Page 2 of 2              Date Rcvd: Apr 21, 2006
Case: 04-11937                 Form ID: van012           Total Served: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2006**                              **Signature:**      *Joseph Speetjens*