# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Edward Hopkins  
3 Harding Avenue  
Wilmington, DE 19804  
**SSN:** xxx–xx–6518

Christine Hopkins  
3 Harding Avenue  
Wilmington, DE 19804  
**SSN:** xxx–xx–5291

**Chapter:** 13

**Case No.:** 04–11937–JKF

### Order Closing Case

AND NOW, 8/18/06 , it appearing to the Court that an Order has been entered dismissing this case and notice has been given to all creditors,

IT IS ORDERED that the Trustee is discharged from office, the Trustee's bond exonerated, and this case is closed.

Dated: 8/18/06

/s/ Judith K. Fitzgerald  
———————————————  
U.S Bankruptcy Judge

(VAN–410)